UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Pamela M. Martin
520 Cypress Street
Raceland. LA. 70394

**name of plaintiff(s)**

versus

CIVIL ACTION

NO. _____ )

Ochsner Clinic Goundation
101 W. Robert E. Lee Blvd.,New
Orleans, LA. 70124

**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   [blank]

2. Plaintiff, Pamela M. Martin resides at

   520 Cypress Street , Raceland ,
   **street address**         **city**

   LaFourshe , LA , 70394 , 404-242-1931
   **parish**    **state**  **zip code**  **telephone number**

   (if more than one plaintiff, provide the same information for each plaintiff below)

   [blank]

3. Defendant, Ochsner Clinic Foundation lives at, or its business is located at 101 W. Robert E. Lee Blvd ,
   **street address**

   New Orleans , New Orleans , LA ,
   **city**        **parish**       **state**

   70124 , 504-842-4748 .
   **zip code**  **telephone number**

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

5. Prayers for Relief (list what you want the Court to do):

a. Extend time for aquiring Counsel

b. Appoint an Attorney for my Case

c. Retrieve the EEOC Determination letter

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this ___July___ day of ___5th___, 20_22_

*Pamela M. Martin* (signature)

(signature of plaintiff (s))