**From:**          Efile_Notice@laed.uscourts.gov
**Sent:**          Thursday, July 14, 2022 12:36 PM
**To:**            LAMDml_InterdistrictTransfer
**Subject:**       Transferred case has been opened

CASE: 3:22-cv-00462

DETAILS: Case transferred from Louisiana Middle has been opened in Eastern District of Louisiana as case 2:22-cv-02155, filed 07/13/2022.